Thomas R. Hart v. Blanche Walsh and Others.— Application denied, with ten dollars costs. Order signed. Present,— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Leonard H. Evarts and Others v. Julian Benedict.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isidor Lerner v. George J. Kraus.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Prest-O-Lite Company v. Frederick Ray and Others.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Prest-O-Lite Company v. Norman M. Brinckner.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lewis S. Seeley and Others v. Dean C. Osborne.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mabel H. Peoples, as Administratrix, etc. v. Copeland Townsend, etc., — Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sidney Masten, an Infant, etc., v. J. Pembroke Bonsal, Impleaded. Irving Masten v. J. Pembroke Bonsal, Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis Goldstein v. The Pullman Company.— Motion granted upon defendant's stipulating that in the event of affirmance judgment absolute shall be rendered against it. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Allen H. Stem v. Whitney Warren and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Emma F. Sully v. Tiffany and Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Thomas Smith v. James T. Haverty's Stables.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Constantino Lapreta v. John T. Brady and Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank M. Case, Jr., v. Eugene Walter and Others.— Motion granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred A. Whitman v. Charles L. Munnich and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Daniel Cunningham, Deceased.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ,